# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BILLY CHARLES AARON,**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 110649**

**V.**　　　　　　**NO.  5:14CV00089-JLH-BD**

**CORRECTIONAL MEDICAL SERVICES, et al.**　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE